Frank J. Wideman, of Washington, D. C., for petitioner.

Albert L. Hopkins, of Washington, D. C., for respondent.

Before EVANS and FITZHENRY, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on March 27, 1934, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. ADOLPH RAMISH, Inc.

COMMISSIONER OF INTERNAL REVE-
NUE v. GORE BROTHERS.

COMMISSIONER OF INTERNAL REVE-
NUE v. Charles B. BEHR.

COMMISSIONER OF INTERNAL REVE-
NUE v. Adolph RAMISH.
Nos. 7755–7758.

Circuit Court of Appeals, Ninth Circuit.
Jan. 31, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Oscar Moss, of Los Angeles, Cal., for respondents.

Before WILBUR and GARRECHT, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon motion of petitioner in each of above causes, counsel for respondent consenting thereto, ordered petition to review in each of above causes dismissed, that a judgment of dismissal be entered in each cause, and the mandates of this court issued forthwith.

COMMISSIONER OF INTERNAL REVE-
NUE v. REHTAM & COMPANY.
No. 5440.

Circuit Court of Appeals, Seventh Circuit.
Jan. 23, 1935.

Robert H. Jackson, of Washington, D. C., for petitioner.

Ward Loveless, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. SREDIES, INC.
No. 5439.

Circuit Court of Appeals, Seventh Circuit.
Jan. 23, 1935.

Robert H. Jackson, of Washington, D. C., for petitioner.

Ward Loveless, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby dismissed.